AO106(Rev.5/85) Affidavit for Search Warrant

1500 Eaton Road, S.E., Apartment #2
Washington, D.C.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

Washington, D.C.

**FILED**
JUN 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER: 06-293-M

(Further described below)

I __TIMOTHY PAK__ being duly sworn depose and say:

I am a(n) __Special Agent with the Federal Bureau of Investigation__ and have reason to believe
        (Official Title)
that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)

, WASHINGTON, , D.C. THE PREMISES ARE MORE FULLY DESCRIBED IN THE AFFIDAVIT HEREIN WHICH IS INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

**CELLULAR TELEPHONES**

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN
concerning a violation of Title __18__ United States Code, Section(s) __§ 875__ The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.   ☒ YES  ☐ NO

PATRICIA STEWART
Federal Major Crimes Section
(202) 514-7064

X _____
Signature of Affiant
TIMOTHY PAK Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

_____
Date   John M. Facciola
       U.S. Magistrate Judge
Name and Title of Judicial Officer

at Washington, D.C.

_____
Signature of Judicial Officer