## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT
### S.E., Washington, D.C.,

The premises are described as a three story red brick apartment building. The building has a common entrance doorway in the front of the building. The door is green in color. Apartment #2 is located immediately to the left of the front entrance door. The apartment door is dark green in color and the number "2" is affixed to the door.

I, Timothy S. Pak, Special Agent with the Federal Bureau of Investigation (FBI), Washington

Field Office, Washington, D.C. (hereinafter affiant), being duly sworn, depose and state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation and have been so for

approximately two years. I am currently assigned to the Violent Crime Squad in Washington, D.C.,

and have been so assigned since October 2005. I previously was assigned to the Asset Forfeiture

Unit of the FBI. During my career, I have participated in numerous criminal investigations, to

include bank robberies, kidnappings, and threats, and participated in the execution of numerous

search warrants.

2.      This affidavit is submitted in support of a search warrant for the current residence of

DAMIEN JUSTIN LEWIS, also known as Phillip Griffin, Daron Lewis, and Eric Daron, date of

birth March 7, 1984, in connection with the investigation of the possible extortion of Marqueta

Holmes's father, Franklin Holmes, between on or about June 18, 2006 and June 22, 2006, in

violation of 18 U.S.C. § 875. Marqueta Holmes is the girlfriend of Mr. Lewis. Mr. Lewis's

residence is Apartm                            E., Washington, D.C., and is more fully described

in Attachment A, which is incorporated herein. Mr. Lewis provided                  , Apartment

2 as his home residence to law enforcement officers on June 22, 2006. Likewise, when arrested by

law enforcement in July 2003 on a separate offense in Virginia, Mr. Lewis provided the following

address as his residence                      , S.E., Apartment 201. Finally, Marqueta Holmes was

-2-

observed inside this address on June 22, 2006.

    3.    The facts and information contained in this affidavit are based upon my personal knowledge and the investigation and observations of other law enforcement officers involved in the investigation. This affidavit contains information necessary to support probable cause for this application. It is not intended to include each and every fact and matter observed by me or known to the government.

    4.    On May 18, 2006, Franklin Holmes received two telephone calls on his cell phone from his daughter, Ms. Marqueta Holmes. During both of the calls, Ms. Holmes asked Mr. Holmes for money for food. Mr. Holmes refused Ms. Holmes's request for money and instructed her to come to him in person if she needed food.

    5.    On June 19, 2006, at approximately 6:56pm, Franklin Holmes received another telephone call from Marqueta Holmes, his daughter, on his cell phone. During the call, Ms. Holmes told her father that she was being held against her will by her boyfriend, Damien Lewis, that her boyfriend wanted money to secure her release, and that her boyfriend would harm her if Mr. Holmes did not comply with his request. During a similar phone call on June 21, 2006, Mr. Lewis himself came on the phone and threatened to cause harm to Ms. Holmes if Mr. Holmes did not wire $1400 to him at a Western Union located in Capitol Heights, Maryland. During the time between June 19, 2006 and June 21, 2006, Mr. Holmes received several additional telephone calls from his daughter repeating the threats of harm to Ms. Holmes if Mr. Holmes did not pay the money to Mr. Lewis. On the afternoon of June 21, 2006, Mr. Holmes notified the police in Manassas, Virginia of the threats and the Manassas police then notified personnel at the FBI. Mr. Holmes noted to law enforcement that the calls were received from four different telephone numbers, each of which has been linked

-3-

through law enforcement databases to a cellular telephone.

6.      On June 22, 2006, Damien Lewis was arrested on a warrant issued in Manassas, Virginia, near the intersection of Martin Luther King Ave. and Eaton Rd, in S.E. Washington, DC, a short distance from his residence at                    ., S.E. Apartment 2, while driving an unregistered 1997 green Lincoln Continental.  In a search incident to Mr. Lewis's arrest, agents recovered a cellular telephone that belonged to an individual who had been a passenger in the green Lincoln Continental.  Mr. Lewis, at the time of his arrest indicated that his girlfriend, Ms. Holmes, was located at                    E., inside Apartment 2.  Special agents of the Federal Bureau of Investigation subsequently obtained entry to                    , S.E., Apartment 2, Washington, D.C., where they located Ms. Holmes.  Ms. Holmes was not restrained in any way, but she appeared to have suffered a black eye.  Ms. Holmes stated to the agents that there were multiple cell phones inside the apartment.

-4-

7.      Based on the foregoing, there is probable cause to believe that evidence, as described

more fully in Attachment B, pertaining to the planning and implementation of the offense of

interstate communication of threats with the intent to extort, in violation of 18 U.S.C. §875(b), is

located at Mr. Lewis's residence, Apartment 2,                    ᵈ, Washington, D.C.  Specifically,

there is probable cause to believe that the premises contains cellular telephones that may have been

used to communicate extortionate demands to Franklin Holmes.




                              TIMOTHY S. PAK
                              Special Agent
                              Federal Bureau of Investigation


Sworn to and subscribed before me this 2ᵗʰ day of June 2006.



                              United States Magistrate Judge

ATTACHMENT A

## DESCRIPTION OF PREMISES TO BE SEARCHED

### S.E., Washington, D.C., Apartment 2

The premises are described as a three story red brick apartment building. The building has a common entrance doorway in the front of the building. The door is green in color. Apartment #2 is located immediately to the left of the front entrance door. The apartment door is dark green in color and the number "2" is affixed to the door.

ATTACHMENT B

## DESCRIPTION OF ITEMS TO BE SEIZED

All evidence, fruits and instrumentalities of activity related to the offense of extortion, including:

Any and all cellular telephones, along with the contents of any such phones.