AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**Washington, D.C.**

CASE NUMBER: 06-293-M

TO: __TIMOTHY PAK__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __SA TIMOTHY PAK__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)
**1500 EATON ROAD, S.E.., APARTMENT #2, WASHINGTON, , D.C. THE PREMISES ARE MORE FULLY DESCRIBED IN THE AFFIDAVIT HEREIN WHICH IS INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN.**

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

**CELLULAR TELEPHONES**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ____July 1, 2006____
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

June 22, 2006                             at Washington, D.C.
Date and Time Issued

John M. Facciola
U.S. Magistrate Judge
Name and Title of Judicial Officer                Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 06/22/2006 | 06/22/2006; 7:00 p.m. | |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1) One (1) Bryco 58 9mm semi-auto pistol w/ serial no. 748603; (w/ a magazine)
2) Motorola i415 Cellular Phone, serial no. 364VFQWOCU;
3) Kyocera 2325 Cellular Phone, serial no. 1-K776K-04A;
4) Motorola i730 Cellular Phone, serial no. 364YFAB5F5; )
5) Three (3) cellular phone chargers; and
6) Verizon Impulse Prepaid wireless phone card, (ph)(554)528-

**FILED**

JUN 30 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

x _Timothy S. Pak_

Subscribed, sworn to, and returned before me this date.

_John Facciola_    06/30/06
U.S. Judge or U.S. Magistrate Judge    Date